JOHN G. WARNER (CA State Bar No. 046123)
Law Office of John G. Warner
21 Tamal Vista Blvd., Suite 196
Corte Madera, CA 94925
Telephone: (415) 924-2640
Facsimile: (415) 927-0608
Email: warnerwest@aol.com

Attorney at Law
Making Special Appearance for Debtors,
John A. Ryan and Danielle T. Ryan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re,<br><br>JOHN A. RYAN and<br>DANIELLE T. RYAN<br><br>            Debtors. | Case No. 05-32933-DM-11<br>Chapter 11<br><br>**MOTION FOR CONTINUANCE OF HEARING ON MOTION AND STATUS CONFERENCE**<br><br>Hearing:<br>Date: April 24, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom of Dennis Montali<br>       U.S. Bankruptcy Court<br>       235 Pine Street, Courtroom 22<br>       San Francisco, CA |

      The undersigned has been specially retained for the purpose of presenting to the court an application by the debtors for a continuance of the Chapter 11 Trustee's motion to convert to Chapter 7, and this court's status conference, both of which are now set for hearing on April 24, 2009, at 10:00 a.m.

      The basis for this continuance request is set forth in the application of debtor John A. Ryan filed concurrently herewith.

      A copy of this continuance request including Mr. Ryan's ex parte application are

Motion for Continuance of Hearing on Motion and Status Conference - 1 -

being mailed this date to counsel for the Chapter 11 Trustee, counsel for the Ciolino secured creditors, counsel for secured creditor Lawrence Chazen, and the United States Trustee's Office.

Dated: April 6, 2009  /s/ John G. Warner
John G. Warner
Attorney at Law
Making Special Appearance for Debtors,
John A. Ryan and Danielle T. Ryan