Rita K. Johnson
(Cal. State Bar No. 151884)
Attorney at Law
21 Tamal Vista Blvd., Suite 160
Corte Madera, CA 94925
Telephone: (415) 924-2122
Facsimile: (415) 924-2122
email: rjkattorney@sbcglobal.net

Attorney for John A. Ryan, Trustee,
Jean L. Ryan Estate

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In Re, | ) | Converted Chapter 7 |
| | ) | Case No. 05-32933-DM |
| John A. Ryan and | ) | |
| Danielle T. Ryan, | ) | **OPPOSITION OF JOHN A. RYAN,** |
| | ) | **TRUSTEE, TO TRUSTEE'S MOTION** |
| Debtors. | ) | **TO SELL WILMINGTON ACRES** |
| | ) | **COURT PROPERTY FREE AND** |
| | ) | **CLEAR OF LIENS** |

Date: December 11, 2009
Time: 10:00 a.m.
Place: Bankruptcy Court
      Courtroom 22
      235 Pine Street
      San Francisco, CA

[Text begins on next page]

The undersigned has been retained by and now represents in this matter the probate estate of Jean L. Ryan and to the extent necessary the inter vivos trust estate of Jean L. Ryan (hereafter referred to collectively as "the Jean L. Ryan Estate").

The Jean L. Ryan Estate is a secured creditor in the proximate sum of $377,867.89 plus interest accruing from April 2005.

The Jean L. Ryan Estate opposes this sale.

In opposition to this motion, the Estate of Jean L. Ryan adopts and joins in the opposition filed herein by the debtors, including the declaration of debtor John A. Ryan filed concurrently herewith.

Dated: November 25, 2009  /s/ Rita K. Johnson
Rita K. Johnson
Attorney for Estate of Jean L. Ryan