Entered on Docket
December 09, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 07, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Randall C. Creech, Esq. (SBN 65542)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Fax: (408) 993-1335

Attorneys for Movants,
ADRIAN SMITH and KATHLEEN SMITH

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 05-32933-DM 11 |
| JOHN A. RYAN and DANIELLE T. RYAN | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| Debtor(s). | Date: November 24, 2009<br>Time: 1:30 p.m.<br>Courtroom: 22 |

The Motion for Relief from Stay by Movants Adrian and Kathleen Smith (collectively the "SMITHS"), by and through their counsel, Creech, Liebow & Kraus, came on regularly for hearing on November 24, 2009 at 1:30 p.m. or shortly thereafter in Courtroom 22 of the above-entitled Court, the Honorable Dennis Montali, presiding.

Edward A. Kraus of Creech, Liebow & Kraus appeared on behalf of the SMITHS. John G. Warner appeared on behalf of Debtors. Thomas F. Koegel appeared on behalf of the Trustee.

The Court, after the hearing and being fully advised in the matter before it, including the stipulation between the SMITHS and Trustee to not seek recovery from the bankruptcy estate except for any applicable insurance proceeds, and good cause appearing, the Court makes the following Order:

///

///

## ORDER

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

Movants are free to proceed with the State Action entitled *Smiths v. County of San Mateo, et al.*, Case No. CIV487853 filed in San Mateo County Superior Court against Debtor in State Court without regard to the provisions of 11 U.S.C. §362.

**APPROVED AS TO FORM:**

                LAW OFFICE OF JOHN G. WARNER

DATED: December 2, 2009    By: _____/s/_____
                                        JOHN G. WARNER
                                        Attorney for Debtors,
                                        JOHN A. RYAN and DANIELLE T. RYAN

                FOLGER, LEVIN & KAHN

DATED: December 2, 2009    By: _____/s/_____
                                        THOMAS F. KOEGEL
                                        Attorney for Trustee,
                                        E. LYNN SCHOENMANN

                ****END OF ORDER****

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **DEBTORS ATTORNEY** |
| 3 | John G. Warner, Esq.<br>Law Offices of John G. Warner |
| 4 | 21 Tamal Vista Blvd., #196 |
| 5 | Corte Madera, CA 94925<br>(415) 924-2640 |
| 6 | warnerwest@aol.com |
| 7 | **TRUSTEE** |
| 8 | E. Lynn Schoenmann<br>800 Powell Street |
| 9 | San Francisco, CA 94108 |
| 10 | (415) 362-0415<br>tteeschoenmann@earthlink.net |
| 11 | |
| 12 | **DEBTORS** |
| 13 | John A. and Danielle T. Ryan<br>8 Wilmington Acres Court |
| 14 | Redwood City, CA 94062 |
| 15 | |
| 16 | **COUNSEL FOR TRUSTEE**<br>Thomas F. Koegel, Esq. |
| 17 | Folger, Levin & Kahn<br>275 Battery Street, 23rd Floor |
| 18 | San Francisco, CA 94111 |
| 19 | (415) 986-2800<br>tkoegel@flk.com |

3

Case: 05-32933   Doc# 179   Filed: 12/07/09   Entered: 12/09/09 08:32:11   Page 3 of 3
ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362