

Signed and Filed: December 07, 2009

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

_____

Randall C. Creech, Esq. (SBN 65542)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Fax: (408) 993-1335

Attorneys for Movants,
ADRIAN SMITH and KATHLEEN SMITH

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re:

JOHN A. RYAN and DANIELLE T. RYAN

    Debtor(s).

Case No. 05-32933-DM 11

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

Date: November 24, 2009
Time: 1:30 p.m.
Courtroom: 22

    The Motion for Relief from Stay by Movants Adrian and Kathleen Smith (collectively the "SMITHS"), by and through their counsel, Creech, Liebow & Kraus, came on regularly for hearing on November 24, 2009 at 1:30 p.m. or shortly thereafter in Courtroom 22 of the above-entitled Court, the Honorable Dennis Montali, presiding.

    Edward A. Kraus of Creech, Liebow & Kraus appeared on behalf of the SMITHS. John G. Warner appeared on behalf of Debtors. Thomas F. Koegel appeared on behalf of the Trustee.

    The Court, after the hearing and being fully advised in the matter before it, including the stipulation between the SMITHS and Trustee to not seek recovery from the bankruptcy estate except for any applicable insurance proceeds, and good cause appearing, the Court makes the following Order:

///

///

1

## ORDER

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

Movants are free to proceed with the State Action entitled *Smiths v. County of San Mateo, et al.*, Case No. CIV487853 filed in San Mateo County Superior Court against Debtor in State Court without regard to the provisions of 11 U.S.C. §362.

**APPROVED AS TO FORM:**

LAW OFFICE OF JOHN G. WARNER

DATED: December 2, 2009    By: _____/s/_____
JOHN G. WARNER
Attorney for Debtors,
JOHN A. RYAN and DANIELLE T. RYAN

FOLGER, LEVIN & KAHN

DATED: December 2, 2009    By: _____/s/_____
THOMAS F. KOEGEL
Attorney for Trustee,
E. LYNN SCHOENMANN

****END OF ORDER****

2

## COURT SERVICE LIST

**DEBTORS ATTORNEY**
John G. Warner, Esq.
Law Offices of John G. Warner
21 Tamal Vista Blvd., #196
Corte Madera, CA 94925
(415) 924-2640
warnerwest@aol.com

**TRUSTEE**
E. Lynn Schoenmann
800 Powell Street
San Francisco, CA 94108
(415) 362-0415
tteeschoenmann@earthlink.net

**DEBTORS**
John A. and Danielle T. Ryan
8 Wilmington Acres Court
Redwood City, CA 94062

**COUNSEL FOR TRUSTEE**
Thomas F. Koegel, Esq.
Folger, Levin & Kahn
275 Battery Street, 23rd Floor
San Francisco, CA 94111
(415) 986-2800
tkoegel@flk.com

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: dchambers            Page 1 of 1              Date Rcvd: Dec 09, 2009
Case: 05-32933                Form ID: pdfeoc            Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 11, 2009.
db/db      +John A. Ryan,   Danielle T. Ryan,   8 Wilmington Acres Court,   Redwood City, CA 94062-4070

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2009**                          Signature:       *Joseph Speetjens*